IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION
OF TENNESSEE
AT KNOXVILLE

Logan McDavid
v.
Anderson Co. TN &
Anderson County
Sheriffs Dept.

PETITION FOR HABEAS CORPUS RELIEF

FILED
FEB 23 2024
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Case # 3:24-cv-88

COMES NOW THE PETITIONER, PRO SE, Logan McDavid, and submits this petition for relief attacking the conditions of confinement leveed against his person at Anderson Co. Detention Facility, 308 Public Safety Lane Clinton, TN 37716. Petitioner asserts he is a state prisoner, # 652446 and sentenced from Washington Co. TN. Petitioner asserts conditions include, no standard issue clothing, clothing that is issued is sub-standard. Meat provided in meals is substandard

pg. 2o2

UNDER CLOTHING ISSUED IS SUB STANDARD. NO ISSUE OF SLEEPING MATTRESS. NO ISSUE OF CORRECT SIZE FOOT-WEAR. PETITIONER PRAYS RELIEF IN THAT ALL ASSERTED ISSUES BE INVESTIGATED BY THIS HONORABLE COURT AND ISSUE SANCTIONS FOR FAILURE TO ABIDE BY T.D.O.C. STANDARDS. MORE OVER PETITIONER REQUESTS RELIEF ALSO IN THAT HE IS TRANSFERRED TO T.D.O.C. CLASSIFICATION, AS HE IS NOT SENTENCED IN ANDERSON Co. TN.

MOVANT PRAYS RELIEF HEREIN OF
SOLEMNLY AFFIRMED THIS 13 DAY OF FEB
SIGNED: Logan McDavid