# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

LOGAN MCDAVID,                          )
                                        )          Case No. 3:24-cv-88
    *Petitioner*,                )
                                        )          Judge Travis R. McDonough
v.                                      )
                                        )          Magistrate Judge Jill E. McCook
ANDERSON COUNTY, TENNESSEE              )
and ANDERSON COUNTY SHERIFF'S           )
DEPARTMENT                              )
                                        )
    *Respondents*.               )

---

## JUDGMENT ORDER

---

For the reasons set forth in the order filed herewith, this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b). A certificate of appealability **SHALL NOT ISSUE**. Because the Court **CERTIFIED** in the order that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the case.

    **SO ORDERED.**

                        */s/ Travis R. McDonough*_____
                        **TRAVIS R. MCDONOUGH**
                        **UNITED STATES DISTRICT JUDGE**